UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No.4:13-cr-31 |
| v. ) | |
| ) | MATTICE / CARTER |
| CONNIE JOAN RAY ) | |

ORDER OF DETENTION

   In accordance with the Federal Rules of Criminal Procedure and the applicable provisions of The Bail Reform Act, Defendant CONNIE JOAN RAY ("Defendant") appeared before the undersigned on November 7, 2013, on the "Petition for Action on Conditions of Pretrial Release" ("Petition") [Doc. 12]. Those present for the hearings included:

   (1) AUSA Chris Poole for the government
   (2) Defendant
   (3) Attorney Myrlene Marsa for Defendant
   (4) U.S. Probation Officers Bryan Williams and Candace Lindsey

   After being sworn in due form of law, Defendant was informed or reminded of her privilege against self-incrimination. It was determined Defendant had been provided with a copy of the Petition for Action on Conditions of Pretrial Release and had the opportunity of reviewing that document with her attorney. The government moved that Defendant's release be revoked and she be detained without bail. Defendant was advised of her right to a detention hearing and said hearing was held. Officers Lindsey and Williams testified consistent with the facts set forth in the petition and recommended detention.

   I find by clear and convincing evidence that Defendant has violated her conditions of release, specifically, condition 8(p). Defendant's bond conditions are revoked and Defendant is ordered into custody to be detained without bail unless and until further Order of the Court. Defendant is determined to be a danger to society based on her violation of her bond conditions and Defendant's continuing drug use. Because there is no condition or combination of conditions of release that will assure Defendant will not pose a danger to the safety of any other person or the community at this time and because Defendant is unlikely to abide by any condition or combination of conditions of release, Defendant's release is revoked and she shall be held in custody by the United States Marshal and produced for further proceedings as appropriate.

   ENTER.

                *s/ Susan K. Lee*
                SUSAN K. LEE
                UNITED STATES MAGISTRATE JUDGE